**Fill in this information to identify the case:**

Debtor 1: Jeffery Micheal Lynch

Debtor 2: Cecilia Ann Lynch
(Spouse, if filing)

United States Bankruptcy Court for the: District of Kansas (State)

Case number: 21-40078-dls

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.**

Name of creditor: U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust

Court claim no, (if known): 8

Last 4 digits of any number you use to identify the debtor's account: XXXXXX6433

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

[X] No

[ ] Yes. Date of the last notice: ____

## Part 1: Itemized Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| # | Description | Date incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney fees for filing this PPFN | 07/26/21 | (3) | $ 150.00 |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | 03/31/21 | (5) | $ 250.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees @ $16.50 | 05/05/21, 06/15/21 | (7) | $ 33.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance Advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. | | (10) | $ |
| 11. | Other. Specify: POC payment history | 03/31/21 | (11) | $ 250.00 |
| 12. | Other. Specify: First Class Mail | 03/31/21 | (12) | $ 1.42 |
| 13. | Other. Specify: Plan review | 03/02/21 | (13) | $ 150.00 |
| 14. | Other. Specify: Property Registration Fee | 06/23/21 | (14) | $ 385.00 |

The debtor or trustee may challenge whether the fees, expenses, and changes you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Jeffery Micheal Lynch | Case number (if known) | 21-40078-dls |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/Wendee Elliott-Clement
Signature

Date: 7/26/21

Print: Wendee Elliott-Clement
    First Name  Middle Name  Last Name

Title: Attorney

Company: SouthLaw, P.C.

Address: 13160 Foster Suite 100
    Number              Street
    Overland Park, KS 66213-2660
    City        State    ZIP Code

Contact phone (913) 663-7600

Email: ksbkecf@southlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS AT TOPEKA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Jeffery Michael Lynch and Cecilia Ann Lynch, *Debtors* ) | |
| ) | Case No. 21-40078-dls |
| U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust, by Rushmore Loan Management Services, LLC, loan servicing agent for *Moving Creditor* ) | Chapter: 13 |
| ) | |
| vs. ) | |
| ) | |
| Jeffery Michael Lynch and Cecilia Ann Lynch, *Debtors* ) | |
| ) | |
| and ) | |
| ) | |
| Jan Hamilton, *Trustee* ) | |

## CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this July 26, 2021 with the United States Bankruptcy Court for the District of Kansas , and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

Jeffery Micheal Lynch
Cecilia Ann Lynch
2411 SW Buchanan
Topeka, KS 66611
**DEBTOR**

J. Shannon Garrett
Garrett Law LLC
1100 SW Wanamaker Suite 103
Topeka, KS 66604
**ATTORNEY FOR DEBTOR**

SOUTHLAW, P.C.

*s/ Wendee Elliott-Clement*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

Jan Hamilton
509 SW Jackson St.
Topeka, KS 66603
**TRUSTEE**

Office of the United States Trustee
301 North Main, Suite 1150
Wichita, KS 67202
**U.S. TRUSTEE**

File No. 222947
Case No: 21-40078-dls